No. 631, Misc. LANE v. MARYLAND. Court of Appeals of Maryland. Certiorari denied.

No. 635, Misc. STANMORE v. COLORADO. Supreme Court of Colorado. Certiorari denied.

No. 642, Misc. GLASS v. UNITED STATES. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 643, Misc. OVERMAN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 645, Misc. WILSON v. LEE COUNTY DISTRICT COURT OF IOWA ET AL. Supreme Court of Iowa. Certiorari denied.

No. 646, Misc. FOSTER v. KENTUCKY. Court of Appeals of Kentucky. Certiorari denied.

No. 649, Misc. STEWART v. ELLIS, CORRECTIONS DIRECTOR. Court of Criminal Appeals of Texas. Certiorari denied.

No. 651, Misc. FLETCHER v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Gerhard P. Van Arkel* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 664, Misc. HERR v. RHAY, PENITENTIARY SUPERINTENDENT. Supreme Court of Washington. Certiorari denied.